# Exhibit A



September 6, 2023

**Via Federal Express**

TherapeuticsMD, Inc.
951 Yamato Road, Suite 220
Boca Raton, FL 33487
Attention: Legal Department

Re: *Afaxys Pharma, LLC v. TherapeuticsMD, Inc.*
*Superior Court of the State of Delaware*
*N23C-08-220 PRW CCLD*

To whom it may concern:

Pursuant to Sections 11.1(a) and (c) and 11.3 of the Promotion Agreement, between TherapeuticsMD, Inc. and Afaxys Pharma, LLC, dated as of February 10, 2020, this letter constitutes service of process on you. Enclosed is a copy of the Summons, and Complaint and Supplemental Information Sheet filed on August 30, 2023.

Sincerely,

/s/ *Kathleen M. Miller*
kmiller@skjlaw.com
Attorneys for plaintiff

Enclosures

cc: Sidley Austin LLP w/encl.; *via* email
555 California St.
San Francisco, CA 94104
Attention: Stephen Abreu
Email: sabreu@sidley.com

and

Jeffrey T. Varsalone, Managing Director w/encl.; *via* email
VRS Restructuring Services, LLC
377 Ocean Boulevard, Unit 5
Hampton, NH 03842
jvarsalone@vrsrestructuring.com

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| AFAXYS PHARMA, LLC | ) |
| | ) |
| Plaintiff, | ) Civil Action No. N23C-08-____ |
| | ) |
| v. | ) [CCLD] |
| | ) |
| THERAPEUTICSMD, INC., | ) |
| | ) |
| Defendant. | ) |

## SUMMONS

**THE STATE OF DELAWARE,**
**TO: SMITH, KATZENSTEIN & JENKINS LLP**
**YOU ARE COMMANDED:**

1. To summon the above-named defendant TherapeuticsMD, Inc. so that, within 20 days after service, exclusive of the day of service, defendant shall serve upon Kathleen M. Miller, Esquire, Robert K. Beste and Julie M. O'Dell, attorneys for the above-named plaintiff, whose address is 1000 N. West Street, Suite 1501, Wilmington, Delaware 19801, an answer to the Complaint.

2. To serve upon the Defendant a copy hereof and of the Complaint pursuant Section 11.1(c) of the Promotion Agreement.

Dated: 9-6-23

Colleen Redmond
*Prothonotary*

___[signature]___
*Per Deputy*

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within 20 days after service upon you, exclusive of the day of service, to serve on Plaintiffs' attorney named above an answer to the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

Colleen Redmond
*Prothonotary*

___[signature]___
*Per Deputy*

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AFAXYS PHARMA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. N23C-08-____ |
| | ) | |
| v. | ) | [CCLD] |
| | ) | |
| THERAPEUTICSMD, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# COMPLAINT

**YOU ARE IN POSSESSION OF A DOCUMENT FILED IN THE SUPERIOR COURT OF DELAWARE THAT IS CONFIDENTIAL AND FILED UNDER SEAL.**

**If you are not authorized by Court order to view or retrieve this document read no further than this page. You should contact the following person:**

SMITH, KATZENSTEIN & JENKINS LLP
Kathleen M. Miller (No. 2898)
Robert K. Beste (No. 3931)
Julie M. O'Dell (No. 6191)
The Brandywine Building
1000 N. West Street, Suite 1501
Wilmington, DE 19801
302-652-8400
kmiller@skjlaw.com
rkb@skjlaw.com
jodell@skjlaw.com

*Attorneys for Plaintiff Afaxys Pharma, LLC*

**THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL. REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.**

**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

COUNTY: [N]  K  S   CIVIL ACTION NUMBER: N23C-08-___ G

| | |
|---|---|
| Caption:<br><br>Afaxys Pharma, LLC<br><br>_____ Plaintiff,<br><br>v.<br><br>TherapeuticsMD, Inc.<br><br>_____ Defendant. | Civil Case Code: CCLD  A 8:40<br><br>Civil Case Type: Complex Commercial Litigation Division<br><br>Name and Status of Party filing document:<br><br>Afaxys Pharma, LLC<br><br>Document Type: (E.G;, COMPLAINT; ANSWER WITH COUNTERCLAIM)<br><br>Complaint<br><br>JURY DEMAND: YES _____ NO __X__ |
| ATTORNEY NAME(S):<br>Kathleen M. Miller<br>Robert K. Beste<br>Julie M. O'Dell<br>ATTORNEY ID(S):<br>2898<br>3931<br>6191<br><br>FIRM NAME:<br>Smith, Katzenstein & Jenkins LLP<br><br>ADDRESS:<br>1000 N. West Street, Suite 1501<br>P.O. Box 410<br>Wilmington, DE 19899<br>TELEPHONE NUMBER:<br>302-652-8400<br>FAX NUMBER:<br>302-652-8405<br>E-MAIL ADDRESS:<br>kmiller@skjlaw.com, rbeste@skjlaw.com, jodell@skjlaw.com | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS:<br><br>_____<br>_____<br><br>EXPLAIN THE RELATIONSHIP(S):_____<br>_____<br>_____<br>_____<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br>_____<br>_____<br>_____<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| AFAXYS PHARMA, LLC ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THERAPEUTICSMD, INC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. N23C-08-____ <br><br> [CCLD] |

## PRAECIPE

To: Prothonotary
Superior Court of the State of Delaware
Leonard L. Williams Justice Center
500 N. King Street
Wilmington, DE 19801

**PLEASE ISSUE** a summons to Smith, Katzenstein & Jenkins LLP. Our office will serve defendant via Federal Express, pursuant to pursuant to Section 11.1(c) of the Promotion Agreement at the following address:

TherapeuticsMD, Inc.
951 Yamato Road, Suite 220
Boca Raton, Florida 33487
Attn: Legal Department

Dated: August 22, 2023				SMITH, KATZENSTEIN & JENKINS LLP

/s/ Robert K. Beste
Kathleen M. Miller (No. 2898)
Robert K. Beste (No. 3931)
Julie O'Dell (No. 6191)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
kmiller@skjlaw.com
rbeste@skjlaw.com
jodell@skjlaw.com

*Attorneys for Plaintiff*

EFiled: Aug 30 2023 11:44AM EDT
Transaction ID 70751218
Case No. N23C-08-220 PRW

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AFAXYS PHARMA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. N23C-08-____ |
| | ) | |
| v. | ) | [CCLD] |
| | ) | |
| THERAPEUTICSMD, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## SUMMONS

**THE STATE OF DELAWARE,**
**TO: SMITH, KATZENSTEIN & JENKINS LLP**
**YOU ARE COMMANDED:**

1. To summon the above-named defendant TherapeuticsMD, Inc. so that, within 20 days after service, exclusive of the day of service, defendant shall serve upon Kathleen M. Miller, Esquire, Robert K. Beste and Julie M. O'Dell, attorneys for the above-named plaintiff, whose address is 1000 N. West Street, Suite 1501, Wilmington, Delaware 19801, an answer to the Complaint.

2. To serve upon the Defendant a copy hereof and of the Complaint pursuant Section 11.1(c) of the Promotion Agreement.

Dated: _____ *Colleen Redmond*
*Prothonotary*

_____
*Per Deputy*

**TO THE ABOVE-NAMED DEFENDANTS:**

In case of your failure, within 20 days after service upon you, exclusive of the day of service, to serve on Plaintiffs' attorney named above an answer to the Complaint, judgment by default will be rendered against you for the relief demanded in the Complaint.

Dated: _____ *Colleen Redmond*
*Prothonotary*

_____
*Per Deputy*

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AFAXYS PHARMA, LLC | ) | N23 C-08-220 PRW CCLD |
| | ) | |
| Plaintiff, | ) | Civil Action No. N23C-08-____ |
| | ) | |
| v. | ) | [CCLD] |
| | ) | |
| THERAPEUTICSMD, INC., | ) | |
| Defendant. | | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL

This 23rd day of Aug 2023, Plaintiff Afaxys Pharma, LLC, having moved for leave to file the Complaint under seal, and the Court having determined that good cause exists for the requested relief;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To File Complaint Under Seal is GRANTED.

2. The Complaint (the "Confidential Filing") shall be maintained under seal, subject to the requirements of Superior Court Civil Rule 5(g).

3. In accordance with Superior Court Civil Rule 5(g)(2), Plaintiff shall file within 30 days a redacted public version of the Confidential Filing, redacting only the confidential information in the Confidential Filing.

Dated: 8/23/23

_____
Superior Court Judge

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| AFAXYS PHARMA, LLC | ) |
| | ) |
| Plaintiff, | ) Civil Action No. N23C-08-____ |
| | ) |
| v. | ) [CCLD] |
| | ) |
| THERAPEUTICSMD, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO FILE COMPLAINT UNDER SEAL

Plaintiff Afaxys Pharma, LLC ("Plaintiff"), by and through its undersigned attorneys, hereby seeks leave to file its Complaint (the "Confidential Filing") in this matter under seal pursuant to Superior Court Civil Rule 5(g). In support of this motion, Plaintiff states as follows:

1. This is a civil action against defendant TherapeuticsMD, Inc. ("Defendant") for breach contract – a Promotion Agreement.

2. The Promotion Agreement provides that the parties shall maintain the confidentiality of the provisions of the agreement. Promotion Agreement, Article 7.7. Because Plaintiff must describe the terms of the Promotion Agreement and how it was breached, it must refer to provisions in the agreement.

3. To avoid prejudice to any party, Plaintiff respectfully requests that the Court find good cause for permitting the Confidential Filing to be filed under seal so

that the parties may confer regarding confidentiality for this action. The proposed order filed herewith mandates the parties file a redacted public version within 30 days in accordance with Superior Court Civil Rule 5(g).

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests entry of the attached proposed order sealing the Confidential Filing.

Dated: August 22, 2023     SMITH, KATZENSTEIN & JENKINS LLP

/s/Robert K. Beste
OF COUNSEL:              Kathleen M. Miller (No. 2898)
SPENCER FANE LLP         Robert K. Beste (No. 3931)
Margaret "Peg" Donahue Hall   Julie M. O'Dell (No. 6191)
5700 Granite Parkway     The Brandywine Building
Suite 650                1000 N. West Street, Suite 1501
Plano, TX 75024          Wilmington, DE 19801
(214) 459-5882           302-652-8400
                         kmiller@skjlaw.com
                         rkb@skjlaw.com
                         jodell@skjlaw.com

*Attorneys for Plaintiff Afaxys Pharma, LLC*

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AFAXYS PHARMA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. N23C-08-____ |
| | ) | |
| v. | ) | [CCLD] |
| | ) | |
| THERAPEUTICSMD, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF COMPLIANCE WITH TYPEFACE REQUIREMENT AND TYPE-VOLUME LIMITATION

1. This motion complies with the typeface requirement of Superior Court Rule 107(b) because it has been prepared in Times New Roman 14-point typeface using Microsoft Word 2010.

2. This motion complies with the type-volume limitation of Superior Court Rule 107(h)(1) because it contains 183 words, which were counted by Microsoft Word 2010.

Dated: August 22, 2023					SMITH, KATZENSTEIN & JENKINS LLP

/s/ Robert K. Beste
Kathleen M. Miller (No. 2898)
Robert K. Beste (No. 3931)
Julie M. O'Dell (No. 6191)
The Brandywine Building
1000 N. West Street, Suite 1501
Wilmington, DE 19801
302-652-8400
kmiller@skjlaw.com
rkb@skjlaw.com
jodell@skjlaw.com

*Attorneys for Plaintiff Afaxys Pharma, LLC*

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| AFAXYS PHARMA, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. N23C-08- |
| | ) | |
| v. | ) | [CCLD] |
| | ) | |
| THERAPEUTICSMD, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that plaintiff will present its Motion to File Complaint Under Seal at the convenience of the Court.

Dated: August 22, 2023

SMITH, KATZENSTEIN & JENKINS LLP

/s/Robert K. Beste
Kathleen M. Miller (No. 2898)
Robert K. Beste (No. 3931)
Julie M. O'Dell (No. 6191)
The Brandywine Building
1000 N. West Street, Suite 1501
Wilmington, DE 19801
302-652-8400
kmiller@skjlaw.com
rkb@skjlaw.com
jodell@skjlaw.com

*Attorneys for Plaintiff Afaxys Pharma, LLC*