IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AFAXYS PHARMA, LLC<br><br>Plaintiff,<br><br>v.<br><br>THERAPEUTICSMD, INC.,<br><br>Defendant. | C.A. No. 23-1064-UNA |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE and withdraw the appearance of Kathleen M. Miller, formerly of Smith, Katzenstein & Jenkins LLP on behalf of Plaintiff, Afaxys Pharma, LLC and enter the appearance of Daniel A. Taylor of Smith, Katzenstein & Jenkins LLP on behalf of Plaintiff in the above-captioned matter.

Dated: September 29, 2023

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*

Robert K. Beste, III (No. 3931)
Julie M. O'Dell (No. 6191)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmintgon, DE 19801
(302) 652-8400
rbeste@skjlaw.com
jodell@skjlaw.com
dtaylor@skjlaw.com